OPINION — AG — A STATE OFFICER OR EMPLOYEE UTILIZING HIS OR HER PERSONAL AUTOMOBILE FOR OFFICIAL STATE BUSINESS MAY BE REIMBURSED, UNDER THE PROVISIONS OF 74 O.S. 1977 Supp., 500.12 [74-500.12], FOR PROPERLY AUTHENTICATED TURNPIKE FEES AND PARKING FEES INCURRED DURING OUT OF STATE TRAVEL ON OFFICIAL STATE BUSINESS. CITE: 74 O.S. 1977 Supp., 500.11 [74-500.11] 74 O.S. 1977 Supp., 500.12 [74-500.12], OPINION NO. 77-127 (GERALD E. WEIS)